The judgment is reversed, and the prosecution ordered dismissed.

---

STEPHENS v. STATE.   (No. 3309.)

(Court of Criminal Appeals of Texas.   Nov. 4, 1914.)

Appeal from Throckmorton County Court; T. J. Wright, Judge.

A. Stephens was convicted of an offense, and he appeals. Reversed, and cause dismissed.

J. S. Kendall, of Munday, for appellant.   C. E. Lane, Asst. Atty. Gen., for the State.

PRENDERGAST, P. J.   Appellant was convicted for unlawfully hunting on the land of another. This is a companion case to that of Partridge v. State, 170 S. W. 717, from the same county, No. 3311, this day reversed and dismissed in an opinion by Judge HARPER. There is no difference in the cases or questions.

On the authority of that case, the complaint and information herein are insufficient, and the judgment is reversed, and the cause dismissed.

---

BOLANDER v. STATE.   (No. 3310.)

(Court of Criminal Appeals of Texas.   Nov. 4, 1914.)

Appeal from Throckmorton County Court; T. J. Wright, Judge.

J. Bolander was convicted of an offense, and he appeals. Reversed, and prosecution dismissed.

J. S. Kendall, of Munday, for appellant.   C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, J.   This record is in the same condition as that of Partridge v. State, 170 S. W. 717, this day decided; the questions being the same.

On the authority of the opinion in that case, this judgment is reversed, and the prosecution ordered dismissed.